IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No.   15 CV 8877 |
| Plaintiffs, | ) ) | Judge Durkin |
| v. | ) ) | Magistrate Judge Cole |
| RELIANT CONTRACT GLASS, INC., an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ, ANDREW S. PIGOTT, and ARNOLD AND KADJAN, complain against Defendant, **RELIANT CONTRACT GLASS, INC.**, as follows:

1. (a)   Jurisdiction of this cause is based on Section 301 of the National Labor Relations Act, 29 U.S.C. Section 185 (a) as amended.

    (b)   Jurisdiction of this cause is based upon the presence of a federal question under federal common law.  See *Cent. Laborers Pension Fund v. Runkel Concrete Contrs*., 2013 U.S. Dist. LEXIS 162448 (C.D. Ill. Nov. 14, 2013).

2. Venue lies in the Northern District of Illinois as the Trustees administer the Funds there, and as Defendant maintains its primary place of business there.

3. (a)   The Plaintiffs in this count are the TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 FRINGE BENEFIT FUNDS ("the Funds").

(b) The Funds have been established pursuant to Collective Bargaining Agreement previously entered into between the Glaziers Union and its affiliated locals (the "Union") and certain employer associations whose employees are covered by the Collective Bargaining Agreement with the Union.

(c) The Funds are an intended third party beneficiary of the Collective Bargaining Agreement.

(d) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws and also pursuant to the terms and provisions of the agreements and Declarations of Trust which establish the Funds.

4. Defendant, **RELIANT CONTRACT GLASS, INC. ("RELIANT")** is an Illinois corporation, and an employer engaged in an industry affecting commerce.

5. Since on or before July 1, 2013**, RELIANT** entered into successive Collective Bargaining Agreements with the Union pursuant to which it is required to pay specified wages and to make periodic contributions to the Funds on behalf of certain of its employees.

6. By virtue of certain provisions contained in the Collective Bargaining Agreements, **RELIANT** was bound by the Trust Agreement establishing the Funds.

7. Under the terms of the Collective Bargaining Agreements and Trust Agreements to which it is bound, **RELIANT** was required to make contributions to the Funds on behalf of their employees.

8. Since July 1, 2013**, RELIANT** has admitted, acknowledged and ratified the Collective Bargaining Agreements entered into with the Union by filing periodic report forms with the Funds, and by making periodic payments to the Funds, as required by the Collective

Bargaining Agreements.

9. The Collective Bargaining Agreement and Trust Agreements provide for fifteen-percent liquidated damages in the event a signatory employer fails to timely remit its contributions to the Funds.

10. **RELIANT** failed to timely remit its contributions to the Funds for the months of July, August, and October 2013, and for January 2014.

11. The liquidated damages due for the months referenced in the preceding paragraph total $10,786.90.

**WHEREFORE,** Plaintiffs pray for relief as follows:

A. Judgment be entered against **RELIANT CONTRACT GLASS, INC.** and in favor of Plaintiffs, in the amount of $10,786.90.

B. Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action, as provided in the applicable agreements.

C. This Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

    Respectfully submitted,
    **TRUSTEES OF THE GLAZIERS,**
    **ARCHIECTURAL METAL AND**
    **GLASS WORKERS LOCAL UNION**
    **NO. 27 WELFARE AND**
    **PENSION FUNDS**

    By:   s/Andrew S. Pigott
          One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415